JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN THOMAS LURIE,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Comissioner of Social Security Administration,<br><br>  Defendant. | Case No. CV 10-8043-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the complaint is dismissed without prejudice.

DATED: September 21, 2011

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE