JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN THOMAS LURIE,               ) Case No. CV 10-8043-SP
       Plaintiff,                                )
          v.                                       ) **JUDGMENT**
MICHAEL J. ASTRUE,                        )
Comissioner of Social Security          )
Administration,                               )
       Defendant.                               )
_____ )

    Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

    IT IS HEREBY ADJUDGED that the complaint is dismissed without prejudice.

DATED: September 21, 2011

                                      _____
                                          HON. SHERI PYM
                       UNITED STATES MAGISTRATE JUDGE